AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
John Anthony Schubert III

*Defendant*

Case: 1:23-mj-00264
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 9/29/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __John Anthony Schubert III__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings;
18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) – Civil Disorder.

Date: __09/29/2023__

*Issuing officer's signature*
Date: 2023.09.29 13:42:43 -04'00'

City and state: __Washington, D.C.__   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __9/29/23__, and the person was arrested on *(date)* __10/4/23__
at *(city and state)* __Bradenton, FL__.

Date: __10/4/23__

*Arresting officer's signature*

R/c Volp, Special Agent
*Printed name and title*