# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**JOHN ANTHONY SCHUBERT III** )<br>)<br>)<br>**Defendant** )<br>) | Case No. 23-mj-00264 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant John Anthony Schubert III


Dated: October 19, 2023         Respectfully Submitted,

                                       /s/ William L. Shipley
                                       William L. Shipley, Jr., Esq.
                                       PO BOX 745
                                       Kailua, Hawaii 96734
                                       Tel: (808) 228-1341
                                       Email: 808Shipleylaw@gmail.com

                                       *Attorney for Defendant*