AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00264 |
| John Anthony Schubert III | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 9/29/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     __John Anthony Schubert III__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings;
18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) – Civil Disorder.

Date: __09/29/2023__

*Issuing officer's signature*
Date: 2023.09.29 13:42:43 -04'00'

City and state:     Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __9/29/23__, and the person was arrested on *(date)* __10/4/23__
at *(city and state)* __Bradenton, FL__.

Date: __10/4/23__

*Arresting officer's signature*
Ric Volp, Special Agent
*Printed name and title*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:23-mj-2226-SPF                           DATE: October 4, 2023

U.S. MAGISTRATE JUDGE: SEAN P. FLYNN

UNITED STATES OF AMERICA                            Benjamin Krebs, AUSA
                                                    Government Counsel

v.

JOHN ANTHONY SCHUBERT, III                          Gus Centrone, CJA
Defendant                                           Defense Counsel

DEPUTY CLERK: Eric Calderon                         COURTROOM: 11B

INTERPRETER/LANGUAGE: N/A

TIME: 2:42 – 3:05           TOTAL: 0:23             TAPE: Digital

PROCEEDINGS: INITIAL APPEARANCE / DETENTION

Deft provided w/copy of: Complaint (District of Columbia)
ARREST DATE: 10/4/23
Court summarized charges
Court advises of Deft's Rule 5 rights
Defendant Financial Affidavit Filed
Defendant Oral Motion to Appoint Counsel
Court Oral Order Appointing Gus Centrone, CJA
Court Oral Order Due Process Protections Act
Defendant waives Identity Hearing and Production of the Warrant
Defendant requests Preliminary Hearing in the prosecuting district

Government Oral Motion for Release
Government position: standard conditions of release; stay away from Washington D.C. unless for Court Appearances, meeting with U.S. Pretrial Services and Attorney consultations; no travel outside of the United States without Court approval; shall not possess a firearm
Defendant agrees with conditions of release suggested by the Government

Court: Released Own Recognizance, shall report to U.S. Pretrial Services as directed, shall surrender passport to U.S. Pretrial Services, shall not obtain any new travel documents, travel is restricted to MDFL and District of Columbia for Court Appearances, meeting with U.S. Pretrial Services and Attorney consultations, shall not possess a firearm, shall report to U.S. Pretrial Services any contact with Law Enforcement

Court: Defendant shall appear via Zoom to the District of Columbia on October 10, 2023 at 12:30 p.m.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 8:23-mj-2226-SPF |
| John Anthony Schubert, III | ) |
|  | ) Charging District's Case No. 1:23-mj-264 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   10/04/2023

*Defendant's signature*

*Signature of defendant's attorney*

Gus Centrone

*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                   Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Anthony Schubert, III | ) | Case No.  8:23-mj-2226-SPF |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   District of Columbia via Zoom
*Place*

on   10/10/2023 12:30 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                   Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                                         Custodian                                           Date

(✓) (7) The defendant must:
    (✓) (a) submit to supervision by and report for supervision to the U.S. Pretrial Services as directed,
        telephone number (813)225-7648, no later than _____.
    ( ) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    (✓) (d) surrender any passport to: U.S. Pretrial Services
    (✓) (e) not obtain a passport or other international travel document.
    (✓) (f) abide by the following restrictions on personal association, residence, or travel: travel is restricted to the Middle District of Florida and to the District of Columbia for Court Appearances, U.S. Pretrial Services and attorney visits.
    ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    ( ) (h) get medical or psychiatric treatment: as directed by U.S. Pretrial Services
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (✓) (k) not possess a firearm, destructive device, or other weapon.
    ( ) (l) not use alcohol ( ) at all ( ) excessively.
    ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release								Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                                           Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Tampa  Fl
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____10/4/2023_____        _____
                                  Judicial Officer's Signature

                                  U.S. Magistrate Judge Sean P. Flynn
                                  *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>John Anthony Schubert, III )<br>_____ )<br>*Defendant* ) | Case No. 8:23-mj-2226-SPF<br><br>OCT 24 2023 AM 9:06<br>FILED - USDC - FLMD - TPA |

**APPEARANCE BOND**

### Defendant's Agreement

I, _____John Anthony Schubert, III_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

  (   ) (a) $ _____ , in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 10/04/2023

_____
Defendant's signature

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

CLERK OF COURT

Date: 10/04/2023

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 10/04/2023

_____
Judge's signature

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:23-mj-2226-SPF |
| John Anthony Schubert, III ) | |
| ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:23-mj-264 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of Columbia | Courtroom No.: Zoom |
|---|---|
| | Date and Time: 10/10/2023 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/04/2023

*Judge's signature*

U.S. Magistrate Judge Sean P. Flynn
*Printed name and title*

BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:23-mj-02226-SPF-1

Case title: USA v. Schubert, III

Date Filed: 10/04/2023

Other court case number: 1:23-mj-264 District of Columbia

Date Terminated: 10/25/2023

Assigned to: Magistrate Judge Sean P. Flynn

**Defendant (1)**

**John Anthony Schubert, III**
*TERMINATED: 10/25/2023*

represented by **Gus M. Centrone**
Kynes, Markman & Felman, PA
PO Box 3396
Tampa, FL 33601-3396
813-229-1118
Fax: 813-221-6750
Email: gcentrone@kmf-law.com
*TERMINATED: 10/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752.P RESTRICTED BUILDING OR GROUNDS

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

Tampa Division
400 North Tampa Street, Suite 3200
Tampa, FL 33602
813-274-6127
Email: benjamin.krebs@usdoj.gov
*TERMINATED: 10/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of John Anthony Schubert, III from the District of Columbia. (EJC) (Entered: 10/04/2023) |
| 10/04/2023 | 2 | ***CJA 23 Financial Affidavit by John Anthony Schubert, III. (EJC) (Entered: 10/04/2023) |
| 10/04/2023 | 4 | ORAL MOTION to Appoint Counsel by John Anthony Schubert, III. (EJC) (Entered: 10/10/2023) |
| 10/04/2023 | 5 | **ORAL ORDER granting 4 Motion to Appoint Counsel. Gus M. Centrone, CJA appointed as to John Anthony Schubert, III (1). Signed by Magistrate Judge Sean P. Flynn on 10/4/2023. (EJC)** (Entered: 10/10/2023) |
| 10/04/2023 | 6 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to John Anthony Schubert, III: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (EJC) (Entered: 10/10/2023) |
| 10/04/2023 | 7 | ORAL MOTION for Release from Custody by USA as to John Anthony Schubert, III. (EJC) (Entered: 10/10/2023) |
| 10/04/2023 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 7 Motion for Release from Custody as to John Anthony Schubert, III (1); DETENTION HEARING as to John Anthony Schubert, III held on 10/4/2023; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/4/2023 as to John Anthony Schubert, III from the District of Columbia. (DIGITAL) (Interpreter/Language: N/A) (EJC) (Entered: 10/10/2023) |
| 10/04/2023 | 9 | WAIVER of Rule 5 & 5.1 Hearings hearing by John Anthony Schubert, III. (EJC) (Entered: 10/10/2023) |
| 10/04/2023 | 10 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to John Anthony Schubert, III. Signed by Magistrate Judge Sean P. Flynn on 10/4/2023. (EJC)** (Entered: 10/10/2023) |
| 10/24/2023 | 11 | ROR BOND entered as to John Anthony Schubert, III. (LV) (Entered: 10/24/2023) |
| 10/24/2023 | 12 | **ORDER Setting Conditions of Release as to John Anthony Schubert, III (1) ROR Bond. Signed by Magistrate Judge Sean P. Flynn on 10/4/2023. (LV)** (Entered: 10/24/2023) |

| | | account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (EJC) (Entered: 10/25/2023) |
|---|---|---|